| 000 | 41-3196 | R T BERRY III | | | | ▉ | 05 26 | 00040069 |
| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE(AL) CAT: 8.0 0 |
| 2 0 01 | 82976 | 134 | W | 19 17 | 76474 | GROSS PAY | 4290 41 | 20281 24 | AL PRIOR YR BAL | 80 12 |
| 2 0 01 | 82976 | 134 | 0 | 9 79 | 58582 | FED TAX S1 | 574 72 | 2671 46 | + AL EARNED YTD | 24 00 |
| 2 0 01 | 82976 | 134 | N | 54 | 85 | ST TAX PAS01 | 127 41 | 601 70 | + AL HOL EARNED YTD | 0 00 |
| 1 0 01 | 82976 | 134 | V | 1 10 | 87 76 | RETIRE 8 | 255 3 | 127 65 | - AL USED YTD | 16 00 |
| 1 0 01 | 82976 | 134 | W | 32 00 | 127655 | MEDICARE | 60 23 | 284 46 | = EARNED AL BAL | 88 12 |
| 1 0 01 | 82976 | 134 | 0 | 7 00 | 41887 | UN L | 33 84 | 169 20 | + AL ADVANCED | 184 00 |
| 1 0 01 | 82976 | 134 | N | 3 62 | 5 72 | ALOT | 215 00 | 1075 00 | = AVAIL AL BAL | 272 12 |
| | | | L | 28 83 | 1150 10 | TSP05 | 159 57 | 797 85 | AL USED THIS PP | 8 00 |
| INSURANCE INCOME | | | | | 3 72 | TSPLG | 296 36 | 1481 80 | SICK LEAVE(SL) CAT: 4.0 0 |
| | | | | | | FDVD PRE | 12 57 | 62 03 | SL PRIOR YR BAL | 307 39 |
| | | | | | | HP33ASLF | 127 59 | 619 63 | + SL EARNED YTD | 12 00 |
| | | | | | | SOSEC | 257 55 | 1216 33 | - SL USED YTD | 16 62 |
| | | | | | | | | | = CURRENT SL BAL | 302 77 |
| | | | | | | | | | SL USED THIS PP | 12 83 |
| | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | PAY PERIOD LWOP | 0 00 |
| | | | | | | | | | PP01 TO CURRENT PP | 0 00 |
| | FLSA | | | 40 10 | | | | | | |

EARNINGS STATEMENT

PS FORM 1223-B, JUNE 1985

USPS RETIREMENT

NET PAY    2400.04    NT BK    12569.33

POSTMASTER/MANAGER
262 S EASTON RD
GLENSIDE PA 19038-9998

02-27-2026
00040069

RICHARD T BERRY III
2132 PARKDALE AVE
GLENSIDE PA  19038-5322

| 000 | 41-3196 | R T BERRY III | | | 06 26 | 00007200 |
| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |

| | | DETAIL EARNINGS | | | | GROSS TO NET | | LEAVE STATUS |
|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | |
| 2 | Q 01 | 82976 | 134 | W | 3461 | 138067 | GROSS PAY | 410113 | 2438237 | ANNUAL LEAVE(AL) CAT: 800 |
| 2 | Q 01 | 82976 | 134 | O | 943 | 56428 | FED TAX S1 | 53308 | 320454 | AL PRIOR YR BAL 8012 |
| 2 | Q 01 | 82976 | 134 | N | 88 | 139 | ST TAX PAS01 | 12160 | 72330 | + AL EARNED YTD 3200 |
| 1 | Q 01 | 82976 | 134 | W | 2547 | 101606 | RETIRE 8 | 2553 | 15318 | + AL HOL EARNED YTD 000 |
| 1 | Q 01 | 82976 | 134 | O | 575 | 34407 | MEDICARE | 5749 | 34195 | - AL USED YTD 1600 |
| | | | | L | 1992 | 79466 | UN L | 3384 | 20304 | = EARNED AL BAL 9612 |
| INSURANCE INCOME | | | | | 372 | | ALOT | 21500 | 129000 | + AL ADVANCED 17600 |
| | | | | | | | TSP05 | 15957 | 95742 | = AVAIL AL BAL 27212 |
| | | | | | | | TSPLG | 29636 | 177816 | AL USED THIS PP 000 |
| | | | | | | | FDVD PRE | 1257 | 7460 | SICK LEAVE(SL) CAT: 400 |
| | | | | | | | HP33ASLF | 12759 | 74722 | SL PRIOR YR BAL 30739 |
| | | | | | | | SOSEC | 24581 | 146214 | + SL EARNED YTD 1600 |
| | | | | | | | | | | - SL USED YTD 3654 |
| | | | | | | | | | | = CURRENT SL BAL 28685 |
| | | | | | | | | | | SL USED THIS PP 1992 |
| | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | | | | PAY PERIOD LWOP 000 |
| | | | | | | | | | | PP01 TO CURRENT PP 000 |
| | FLSA | | | | 4404 | | | | | |

NET PAY   2272.69   NT BK   USPS RETIREMENT   12569.33

POSTMASTER/MANAGER
262 S EASTON RD
GLENSIDE PA 19038-9998

03-13-2026
00007200

RICHARD T BERRY III
2132 PARKDALE AVE
GLENSIDE PA  19038-5322

EARNINGS STATEMENT

PS FORM 1223-B, JUNE 1985

| PAYLOC | FINANCE NO. | | EMPLOYEE NAME | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|---|
| 000 | 41-3196 | R T BERRY III | | | | ▮▮▮▮▮ | 07 26 | 00025429 |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | |
| 2 | Q 01 | 83226 | 134 | W | 26.91 | 1076.74 | GROSS PAY 3276.56 | 27658.93 | ANNUAL LEAVE(AL) CAT: 8.0 0 |
| 2 | Q 01 | 83226 | 134 | O | 1.25 | 75.02 | FED TAX S1 351.57 | 3556.11 | AL PRIOR YR BAL 80.12 |
| 2 | Q 01 | 83226 | 134 | N | .34 | .54 | ST TAX PAS01 96.29 | 819.59 | + AL EARNED YTD 40.00 |
| 1 | Q 01 | 83226 | 134 | W | 14.66 | 586.58 | RETIRE 8 25.61 | 178.79 | + AL HOL EARNED YTD 0.00 |
| | | | | L | 38.43 | 1537.68 | MEDICARE 45.53 | 387.48 | - AL USED YTD 24.00 |
| INSURANCE INCOME | | | | | .82 | | UN L 33.84 | 236.88 | = EARNED AL BAL 96.12 |
| | | | | | | | ALOT 215.00 | 1505.00 | + AL ADVANCED 168.00 |
| | | | | | | | TSP05 160.05 | 1117.47 | = AVAIL AL BAL 264.12 |
| | | | | | | | TSPLG 296.36 | 2074.52 | AL USED THIS PP 8.00 |
| | | | | | | | FDVD PRE 12.57 | 87.17 | SICK LEAVE(SL) CAT: 4.0 0 |
| | | | | | | | HP33ASLF 127.59 | 874.81 | SL PRIOR YR BAL 307.39 |
| | | | | | | | SOSEC 194.69 | 1656.83 | + SL EARNED YTD 20.00 |
| | | | | | | | | | - SL USED YTD 66.97 |
| | | | | | | | | | = CURRENT SL BAL 260.42 |
| | | | | | | | | | SL USED THIS PP 30.43 |
| | | | | | | | | | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | | | PAY PERIOD LWOP 0.00 |
| | | | | | | | | | PP01 TO CURRENT PP 0.00 |

CONTRACTUAL INCREASE

NET PAY      1717.46   NT BK

USPS RETIREMENT
12569.33

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT

POSTMASTER/MANAGER
262 S EASTON RD
GLENSIDE PA 19038-9998

03-27-2026
00025429



RICHARD T BERRY III
2132 PARKDALE AVE
GLENSIDE PA  19038-5322

| | 000 | 41-3196 | R T BERRY III | | | | 08 26 | 00040930 |
| PAYLOC | | FINANCE NO. | EMPLOYEE NAME | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | | LEAVE STATUS |
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | | YEAR-TO-DATE | ANNUAL LEAVE(AL) CAT: 8.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Q 01 | 83226 | 134 | W | 3701 | 148086 | GROSS PAY | 355102 | 3120995 | AL PRIOR YR BAL 80.12 |
| 2 | Q 01 | 83226 | 134 | O | 392 | 23527 | FED TAX S1 | 41195 | 396806 | + AL EARNED YTD 48.00 |
| 2 | Q 01 | 83226 | 134 | N | 168 | 265 | ST TAX PAS01 | 10471 | 92430 | + AL HOL EARNED YTD 0.00 |
| 1 | Q 01 | 83226 | 134 | W | 2949 | 117997 | RETIRE 8 | 2561 | 20440 | - AL USED YTD 32.00 |
| 1 | Q 01 | 83226 | 134 | O | 186 | 11163 | MEDICARE | 4952 | 43700 | = EARNED AL BAL 96.12 |
| 1 | Q 01 | 83226 | 134 | N | 30 | 47 | UN L | 3384 | 27072 | + AL ADVANCED 160.00 |
| | | | | L | 1350 | 54017 | ALOT | 21500 | 172000 | = AVAIL AL BAL 256.12 |
| INSURANCE INCOME | | | | | 382 | | TSP05 | 16005 | 127752 | AL USED THIS PP 8.00 |
| | | | | | | | TSPLG | 29636 | 237088 | SICK LEAVE(SL) CAT: 4.00 |
| | | | | | | | FDVD PRE | 1257 | 9974 | SL PRIOR YR BAL 307.39 |
| | | | | | | | HP33ASLF | 12759 | 100240 | + SL EARNED YTD 24.00 |
| | | | | | | | SOSEC | 21171 | 186854 | - SL USED YTD 72.47 |
| | | | | | | | | | | = CURRENT SL BAL 258.92 |
| | | | | | | | | | | SL USED THIS PP 5.50 |
| | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | | | | PAY PERIOD LWOP 0.00 |
| | FLSA | | | | 4093 | | | | | PP01 TO CURRENT PP 0.00 |

NET PAY   1902.11   NT BK   

USPS RETIREMENT
12569.33

PS FORM 1223-B, JUNE 1985   EARNINGS STATEMENT

POSTMASTER/MANAGER
262 S EASTON RD
GLENSIDE PA 19038-9998

04-10-2026
00040930

RICHARD T BERRY III
2132 PARKDALE AVE
GLENSIDE PA  19038-5322

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 | 41-3196 | R T BERRY III | | | | | | ▇▇▇▇ | 09 26 | 00039629 |

DETAIL EARNINGS / GROSS TO NET / LEAVE STATUS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | | YEAR-TO-DATE | LEAVE STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 01 | 83226 | 134 | W | 21 16 | 846 66 | GROSS PAY | 3341 87 | 34551 82 | ANNUAL LEAVE (AL) CAT: 8.0 0 |
| 2 | 0 01 | 83226 | 134 | O | 1 09 | 65 42 | FED TAX S1 | 365 93 | 4333 99 | AL PRIOR YR BAL 80 12 |
| 2 | 0 01 | 83226 | 134 | N | 26 | 41 | ST TAX PAS01 | 98 29 | 1022 59 | + AL EARNED YTD 56 00 |
| 1 | 0 01 | 83226 | 134 | W | 36 58 | 1463 66 | RETIRE A | 25 61 | 230 01 | + AL HOL EARNED YTD 0 00 |
| 1 | 0 01 | 83226 | 134 | O | 1 25 | 75 02 | MEDICARE | 46 48 | 483 48 | - AL USED YTD 32 43 |
| 1 | 0 01 | 83226 | 134 | N | 01 | 02 | UN L | 33 84 | 304 56 | = EARNED AL BAL 103 69 |
| | | | | L | 22 26 | 890 68 | ALOT | 215 00 | 1935 00 | + AL ADVANCED 152 00 |
| INSURANCE INCOME | | | | | | 3 82 | TSP05 | 160 05 | 1437 57 | = AVAIL AL BAL 255 69 |
| | | | | | | | TSPLG | 296 36 | 2667 24 | AL USED THIS PP 0 43 |
| | | | | | | | FDVD PRE | 12 57 | 112 31 | SICK LEAVE (SL) CAT: 4.0 0 |
| | | | | | | | HP33ASLF | 127 59 | 1129 99 | SL PRIOR YR BAL 307 39 |
| | | | | | | | SOSEC | 198 74 | 2067 28 | + SL EARNED YTD 28 00 |
| | | | | | | | | | | - SL USED YTD 94 30 |
| | | | | | | | | | | = CURRENT SL BAL 241 09 |
| | | | | | | | | | | SL USED THIS PP 21 83 |
| | | | | | | | | | | LEAVE WITHOUT PAY (LWOP) |
| | | | | | | | | | | PAY PERIOD LWOP 0 00 |
| | | | | | | | | | | PP01 TO CURRENT PP 0 00 |

NET PAY   1761.41   NT BK

USPS RETIREMENT   12569.33

POSTMASTER/MANAGER
262 S EASTON RD
GLENSIDE PA 19038-9998

04-24-2026
00039629

RICHARD T BERRY III
2132 PARKDALE AVE
GLENSIDE PA   19038-5322