**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Richard Theodore Berry, III | Case No. 26-11830-amc<br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant | |
| vs. | |
| Richard Theodore Berry, III ,<br>    Debtor | |

**OBJECTION TO CONFIRMATION
OF DEBTOR'S CHAPTER 13 PLAN**

Freedom Mortgage Corporation ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 6), and states as follows:

1.     The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on April 28, 2026.

2.     The Debtor filed a Chapter 13 Plan (the "Plan") on April 28, 2026 (Doc 6).

3.     The Plan includes payments toward the Note and Mortgage with Movant, however the figures used by the Debtor are inaccurate.  Although Movant has not yet filed its proof of claim, it is anticipated that the claim will show the pre-petition arrearage due Movant is $30,325.40, whereas the Plan proposes to pay only $27,528.00.  Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.  Movant objects to any plan which proposes to pay it anything less than $30,325.40 as the pre-petition arrearage over the life of the plan.

4.      Although Movant has not yet filed its proof of claim, it is anticipated that the claim will show the pre-petition arrearage due to Movant is $30,325.4. Therefore, the Movant objects to Debtor's proposed Chapter 13 Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

5.      Movant objects to any plan which proposes to pay it anything less than $30,325.4 as the pre-petition arrearage over the life of the plan.

Wherefore, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

L.B.F. 9014-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Richard Theodore Berry, III | Case No. 26-11830-amc<br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant | |
| vs. | |
| Richard Theodore Berry, III ,<br>    Debtor | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on June 4, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Objection To Confirmation Of Debtor's Chapter 13 Plan

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: <u>June 4, 2026</u>

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646

Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

MICHAEL A. CIBIK, Debtor's Attorney
Cibik Law, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
Debtor's Attorney
Via:   ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

KENNETH E. WEST,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via:   ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107
US Trustee
Via:   ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Richard Theodore Berry, III
2132 Parkdale Ave
Glenside, PA 19038-5322
Debtor
Via:   ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other: