$0.00 TOTALS