**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>RICHARD THEODORE BERRY, III<br>Debtor | Case No. 26-11830-amc |
| Freedom Mortgage Corporation,<br>Movant<br><br>vs.<br>RICHARD THEODORE BERRY, III<br>Respondent | Chapter 13<br><br><br><br><br>11 U.S.C. §362 |

**ORDER**

**AND NOW**, this _____ day of ___________________ , 2026, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_________________________________
Ashely M. Chan
CHIEF BANKRUPTCY JUDGE

RICHARD THEODORE BERRY, III
2132 PARKDALE AVE
GLENSIDE, PA 19038-5322

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107