**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Richard Theodore Berry III<br><br>*Debtor.* | Case No. 26-11830-AMC<br>Chapter 13 |

**CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on September 29, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 29, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service - CM/ECF:

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Freedom Mortgage Corporation**
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mount Laurel, NJ 08054